THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHOREBLUFF CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assess-

ments of the City of New York.— Motion for resettlement denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [See *ante*, p. 765.]